IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALEX JERMAINE BROWN, §
§
    Petitioner, §
§
v. § 2:16-CV-0234
§
LORIE DAVIS, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
    Respondent. §

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On December 13, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be denied because petitioner is not eligible for mandatory supervised release. On December 22, 2016, petitioner filed objections to the Report and Recommendation and therein clarified that the disciplinary proceeding he was challenging occurred at the Roach Unit in Childress County, Texas not the Neal Unit in Potter County, Texas.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are OVERRULED except for the clarification that the disciplinary hearing occurred at the Roach Unit. The Magistrate Judge's Report and Recommendation is ADOPTED except as to the portion citing the location of the disciplinary case as the Neal Unit, Potter County, Texas. The application for a

writ of habeas corpus filed by petitioner is DENIED.

    IT IS SO ORDERED.

    ENTERED this \_\_\_30th\_\_\_ day of \_\_\_December\_\_\_ 2016.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE